UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY L. CLABORN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-3963** |
| **JEFFERY TRAVIS, WARDEN** | **SECTION: "K" (4)** |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jerry L. Claborn's petition for issuance of a Writ of Habeas Corpus, pursuant to Title 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 5th day of May, 2009.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**